FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Joel Thrower

(Enter above full name of plaintiff or plaintiffs)

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

JUN - 6 2025

FILED

v.

Eugene Brantley, et al.

CV125- 129

(Enter above full name of defendant or defendants)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?  Yes ____ No _X_

   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiffs: n/a

      Defendants: n/a

   2. Court (if federal court, name the district; if state court, name the county): n/a

   3. Docket number: n/a

   4. Name of judge assigned to case: n/a

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):
   _____n/a_____

6. Approximate date of filing lawsuit: ____n/a____

7. Approximate date of disposition: ____n/a____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes _____ No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
   Yes _____ No __X__

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: _____n/a_____
   Defendants: _____n/a_____

2. Court (name the district):
   _____n/a_____

3. Docket number: ____n/a____

4. Name of judge assigned to case: ____n/a____

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):
   _____n/a_____

6. Approximate date of filing lawsuit: ____n/a____

2

7. Approximate date of disposition: ___n/a___

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes ____ No ____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes ____ No __X__

1. If your answer to C is yes, name the court and docket number for each case:

___n/a___   ___n/a___

II. Place of present confinement: ___Richmond County Jail___

A. Is there a prisoner grievance procedure in this institution? Yes __X__ No ____

B. Did you present the facts relating to your complaint to the appropriate grievance committee? Yes __X__ No ____

C. If your answer to B is yes:

1. What steps did you take? ___I filed a greivance___

2. What was the result? ___denied___

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?   Yes _X_  No ___

If yes, what was the result? _denied_

D. If you did not utilize the prison grievance procedure, explain why not: _N/a_

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Joel Thrower - SS92832
   Address: Richmond County Jail
   1941 Phinizy Road
   Augusta, GA 30906

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Eugene Brantley
   Position: Sheriff
   Place of employment: Richmond County Sheriff's Office (RCSO)
   Current address: 400 Walton Way
   Augusta, GA 30901

C. Additional defendants: Captain Daniels, Captain Harrell, Captain Danko, Lieutenant Cowell, Lieutenant Jenkins, Sargent Seymore, Sargent Kuntz, Corporal Gist, Corporal Ellison, Corporal Fern, Deputy Kirby, Deputy Brinson, Deputy Daggett, Deputy Gamble, Deputy Reed, Deputy Busby, Gilmore, Deputy Graham, Deputy Prescott, Deputy Harris, Detra Willis, and Rhonda Ross.

IV.  Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the 19th day of May, 2025, I was placed in H-Pod/MMED/Cell 17 for housing at the Richmond County Jail (RCJ). I immediately noticed the severe black mold and insect infestations. I immediately notified defendants twelve through twenty-one, who notified defendants seven through eleven, however, nothing was done to rectify the issues. I then notified defendants five through six of the situation, yet again, nothing transpired. I filed a greivance regarding the issues on the 30th day of May, 2025, and it was denied, and nothing was done. At that point, I notified defendants one through four of the situation, yet still, nothing has been done. Defendants twenty-two and twenty-three denied my greivances. As a direct result, the infection in my toe has worsened to the point that hospitalization may be required, and further surgical procedures may be needed as well. As of the date of filing this suit, no movement has been made to rectify the aforementioned issues, and said issues are still ongoing and unaddressed.

5

V.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff is seeking monetary damages in the sum of $15,000,000.00; declaratory relief; and both preliminary and permanent injunctive relief from all defendants collectively.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 1st day of June, 2025

Prisoner No. 559 2832

(Signature of Plaintiff)

Joel Thrower - SS592832
Richmond County Jail
1941 Phinizy Road
Augusta, GA 30906

ATLANTA GA RPDC 302

3 JUN 2025 PM 9 L

United States District Court
Southern District of Georgia
Augusta Division
Office of the Clerk
600 James Brown Blvd.
Augusta, GA 30901

Legal Mail

30901-233279

Legal Mail